

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re James Flores,                               * Original Mandamus Proceeding

No. 11-24-00079-CR                                * April 4, 2024

                                                  * Memorandum Opinion by Bailey, C.J.
                                                    (Panel consists of: Bailey, C.J.,
                                                    Trotter, J., and Williams, J.)

This court has considered James Flores's petition for writ of mandamus and concludes that the petition for writ of mandamus should be dismissed for want of jurisdiction.  Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.